IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

OLTON LEE DUMAS,

      Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION
LOCAL ROCK COUNTY OFFICE, et al.,

      Defendants.

ORDER

Case No.  24-cv-622-jdp

Plaintiff Olton Lee Dumas has filed a proposed civil complaint and has requested leave to proceed without prepaying the filing fee.  To evaluate plaintiff's request to proceed without prepayment, I must review a certified copy of plaintiff's inmate trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint.  28 U.S.C. § 1915(a)(2).

For this case to proceed, plaintiff must submit a certified trust fund account statement no later than September 30, 2024.  If I find that plaintiff is indigent, I will calculate an initial partial payment of the filing fee that plaintiff must pay before the court can screen the complaint on the merits under 28 U.S.C. § 1915(e)(2).  Thereafter, plaintiff will be required to pay the balance of the filing fee in installments.

ORDER

IT IS ORDERED that plaintiff Olton Lee Dumas may have until September 30, 2024 to submit a certified trust fund account statement for the period beginning approximately March 5, 2024 and ending approximately September 5, 2024.  If plaintiff fails to respond to this order by September 30, 2024, then I will assume that plaintiff wishes to withdraw this

action voluntarily.  In that event, the case will be dismissed without prejudice to plaintiff

refiling at a later date.


Entered this 6ᵗʰ day of September, 2024.

BY THE COURT:


/s/
ANDREW R. WISEMAN
United States Magistrate Judge