IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

OLTON LEE DUMAS,

    Plaintiff,

v.

SOCIAL SECURITY ADMINISTRATION, et al.

    Defendants.

ORDER

Case No. 24-cv-622-jdp

---

On September 6, 2024, I entered an order directing plaintiff Olton Lee Dumas to submit an inmate trust fund statement to support his motion for leave to proceed without prepaying the filing fee. Dkt. 3. Now plaintiff has filed a letter, which I construe as a motion to waive an initial partial payment. Dkt. 4. In addition to the letter, plaintiff has provided an inmate request slip that has a notation from the Rock County Sheriff's Office that says plaintiff does not have any funds on his account. It appears that plaintiff presently has no means with which to pay the filing fee or to make an initial partial payment. Under these circumstances, the court will grant plaintiff's motion for leave to proceed without prepayment of the filing fee and will not assess an initial partial payment. Even if this court ultimately determines that plaintiff's complaint cannot go forward, plaintiff is advised that the full $350 filing fee for indigent litigants remains his obligation. *See* 28 U.S.C. § 1915(b)(2).

Because plaintiff is an inmate, plaintiff is subject to the Prison Litigation Reform Act, which requires the court to screen the complaint to determine whether any portion is frivolous or malicious, fails to state a claim on which relief may be granted, or seeks monetary relief from a defendant who is immune from such relief.

ORDER

IT IS ORDERED that:

1. The motion filed by plaintiff Olton Lee Dumas to waive the initial partial filing fee is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint as required by the Prison Litigation Reform Act, 28 U.S.C. § 1915(e)(2). Once the screening process is complete, the court will issue a separate order.

Entered this 30th day of September, 2024.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge